UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 00-30043-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RALPH EDWARD PLACE | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant's Claims of Exemption [Doc. # 80, pp. 1-6] are DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Hearing [Doc. # 80, p. 18] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Transfer [Doc. # 81] is DENIED.

Monroe, Louisiana, this 9th day of July, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE